**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

UNITED STATES OF AMERICA

-against-

__Daniel O'Neil__,

**Defendant**

-----------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 03 2018 ★
LONG ISLAND OFFICE

**STANDARD PLEA FORM**

__17__-CR-__0444__ (LDW)

THE GOVERNMENT MUST FIRST ANSWER QUESTIONS **25**, **26**, **27** and **52**.

THE DEFENDANT, BEFORE TAKING A PLEA, IS OBLIGATED TO READ AND COMPLETE THE QUESTIONS AS SET FORTH BELOW.

**TO THE DEFENDANT:**

(1) M__r__. __O'Neil_____, before accepting your plea there are a number of questions I must ask to assure that it is a valid plea. If you do not understand any of my questions, please say so and I will reword the question.

(2) The Clerk will swear the defendant.

(3) Do you understand that, having been sworn, your answers to my questions will be subject to the penalties of perjury or of making a false statement if you do not answer truthfully?
YES __✓__ NO _____

(4) What is your full name?
__Daniel Christopher O'Neil__

(5) How old are you?
__31__

- 1 -

(6) Are you a citizen of the United States?

YES √ NO ____

*(If you are NOT a citizen, answer questions 6A and 6B.)*

(6A) Have you discussed with your counsel whether or not your guilty plea will have any effect on your ability to remain in this country?

YES ____ NO ____

(6B) Are you satisfied that you understand the effect that a guilty plea in this case may have on your right to remain in this country after any sentence is served?

YES ____ NO ____

(7) What is the highest schooling or education you have had?

_Grade 12 - Highschool completed_

(8) Are you presently or have you been recently under the care of a physician or psychiatrist?

YES ____ NO √

(9) In the past 24 hours, have you taken any narcotic drugs, medicine or pills or drunk any alcoholic beverage?

YES ____ NO √

(10) Have you ever been hospitalized or treated for narcotic addiction?

YES ____ NO √

(11) Is your mind clear?

YES √ NO ____

(12) Do you understand what is going on here?

YES √ NO ____

**TO DEFENSE COUNSEL:**

(13) Have you discussed this matter with your client?

YES √ NO _____

(14) Does he/she understand the rights he/she would be waiving by pleading guilty?

YES √ NO _____

(15) Is he/she capable of understanding the nature of these proceedings?

YES √ NO _____

(16) Do you have any doubt as to the defendant's competency to plead at this time?

YES ~~√~~ NO √ J.D.W.

**TO THE DEFENDANT:**

(17) You have a right to plead not guilty. Do you understand?

YES √ NO _____

(18) If you plead not guilty, under the constitution and laws of the United States, you are entitled to a speedy and public trial by jury with the assistance of counsel on the charges. Do you understand?

YES √ NO _____

(19) At the trial, you would be presumed to be innocent. The Government would have to overcome that presumption and prove you guilty by competent evidence and beyond a reasonable doubt. You would not have to prove that you are innocent. If the Government failed, the jury would have the duty to find you not guilty. Do you understand?

YES √ NO _____

(20) In the course of the trial, witnesses for the Government would have to come to court and testify in your presence and your counsel would have the right to cross-examine them and object to evidence offered by the Government and to offer evidence on your behalf. Do you understand?

YES ✓  NO ____

(21) At the trial, while you would have the right to testify if you choose to do so, you would not be required to testify. Under the Constitution of the United States, you cannot be compelled to incriminate yourself. If you decided not to testify, the Court would instruct the jury that they could not hold that against you. Do you understand?

YES ✓  NO ____

(22) If you plead guilty and if I accept the plea, you will be giving up your constitutional rights to a trial and the other rights I have just discussed. There will be no further trial of any kind and no right to appeal, or collaterally attack, the question whether you are guilty or not. A judgment of guilty will be entered on the basis of your guilty plea and the judgment can never be challenged. However, you may have the right to appeal with respect to the sentence imposed. Do you understand?

YES ✓  NO ____

(23) If you plead guilty, I will have to ask you questions about what you did in order to satisfy myself that you are guilty of the charge(s) to which you seek to plead guilty and you will have to answer my questions and acknowledge your guilt. Thus, you will be giving up your right not to incriminate yourself. Do you understand?

YES ✓  NO ____

(24) Are you willing to give up your right to a trial and the other rights I have just discussed?

YES ✓   NO _____

**TO THE GOVERNMENT:**

(25) What agreement, if any, do you have concerning the plea and sentence? *(Please print clearly and legibly.)*

Written plea agreement

(26) List whether there is any waiver of appeal, or other waiver of rights included in the plea agreement: *(Please print clearly and legibly.)*

Waiver of appeal if sentenced to 78 months or less,
Waiver of additional disclosures by government
Waiver of defenses listed in paragraph 4 of plea agreement.

(27) List the elements of the crime charged in the (Superseding) Indictment/Information:

*(Please print clearly and legibly.)*

- In or about and between May 2017 and July 2017
- In the Eastern District of New York
- The defendant, along with others,
- Knowingly and Intentionally agreed
- to distribute and possess with intent to distribute a controlled substance containing fentanyl

-5-

**TO THE DEFENDANT:**

(28) Are you aware of the elements of the crime which you are charged and which you wish to plead guilty?

YES √  NO ____

(29) Have you discussed with your counsel the charge(s) and the (Superseding) Indictment/Information to which you intend to plead guilty?

YES √  NO ____

(30) Do you understand the charge(s) in the (Superseding) Indictment/Information which you are pleading guilty to?

YES √  NO ____

(31) Do you know the maximum sentence and fine I might impose on each of the charges to which you are seeking to plead guilty?

YES √  NO ____

(32) The maximum possible penalty under count __1__ is __20__ years imprisonment, plus a fine of $__1,000,000.00__. *(If there are more than one count to which the defendant intends to plea, please answer (32A and B), as needed.)*

(32A) The maximum possible penalty under count _____ is _____ years imprisonment, plus a fine of $_____.

(32B) The maximum possible penalty under count _____ is _____ years imprisonment, plus a fine of $_____.

(33) Do you realize that there is a $100 Special Assessment Fine for each count? Corporate defendant(s) have a $400.00 Special Assessment Fine for each count.

YES √  NO ____

(34) Do you realize that the Court may order Restitution if it so directs?

YES ✓ NO ____

(35) Do you realize that if any time of imprisonment is imposed, a period of __3__ years of Supervised Release must be imposed to follow?

YES ✓ NO ____

(36) Have you discussed the Sentencing Guidelines with your attorney?

YES ✓ NO ____

(37) Do you understand that the Sentencing Guidelines are not mandatory, but that in sentencing, the Court is required to consider the applicable guideline range along with the statutory factors listed in 18 U.S.C. § 3553(a), and that the Court will consider the nature and circumstances of the offence and your criminal history?

YES ✓ NO ____

(38) I will now read the statutory factors listed in 18 U.S.C. § 3553(a):

The court must impose a sentence sufficient, but not greater than necessary:

1 a) to reflect the seriousness of the offense,

b) to promote respect for the law, and

c) to provide just punishment for the offense;

2) to afford deterrence as to other criminal conduct; and

3) to protect the public from further crimes by you.

At sentencing, the Court must also consider your cooperation if the Government submits a 5K1.1 letter.

(39) Has your attorney explained these factors listed in 18 U.S.C. § 3553(a)?

YES ✓   NO ____

(40) Do you realize that if the sentence is more severe than you expected, you will be bound by your guilty plea and will not be permitted to withdraw it?

YES ✓   NO ____

(41) Do you have any questions you would like to ask me about the charge(s), your rights, or anything else relating to this matter?

YES ~~✓~~   NO ✓

(42) Are you ready to plead?

YES ✓   NO ____

**TO DEFENSE COUNSEL:**

(43) Do you know any legal reason why the defendant should not plead guilty?

YES ____   NO ✓

**TO THE DEFENDANT:**

(44) Are you satisfied with your legal representation up until this point?

YES ✓   NO ____

(45) Do you believe your lawyer has done a good job?

YES ✓   NO ____

(46) What is your plea?

GUILTY ✓   NOT GUILTY ____

(47) Are you making the plea of guilty voluntarily and of your own free will?

YES ✓   NO ____

(48) Has anyone threatened or forced you to plead guilty?

YES \_\_\_\_\_ NO \_\_✓\_\_

(49) Other than the agreement with the Government as stated on the record, has anyone made any promises that caused you to plead guilty?

YES \_\_\_\_\_ NO \_\_✓\_\_

(50) Has anyone made any promise to you as to what your sentence will be?

YES \_\_\_\_\_ NO \_\_✓\_\_

(51) Describe in your own words what you did in connection with the acts charged in count(s) \_\_\_1\_\_\_ of the (Superseding) Indictment/Information in which you are pleading guilty: *(Please print clearly and legibly.)*

On or about # between May 2017 and July 2017, within the Eastern District of New York, specifically West Babylon, NY I together with others, ~~possessed and~~ agreed to distribute Fentanyl, a schedule II controlled substance. What I did was wrong and I knew what I was doing was against the law.

(52)    The Government will now outline their proof of the crime charged in the (Superseding) Indictment/Information:

At trial, the government would introduce recordings in which the defendant and his co-conspirator discuss the distribution of fentanyl. The government would also introduce evidence showing how the defendant was caught processing thousands of counterfeit oxycodone pills with his codefendant for resale using the fentanyl analogue they reasonably believed was fentanyl. The government would also offer drug labs test showing the substance recovered was a fentanyl analogue: cyclopropyl fentanyl.

(53)    Based upon the information given to me, I find the defendant is acting voluntarily, fully understands his/her rights and the consequences of his/her plea and that there is a factual basis for the plea. I, therefore, accept the plea of guilty to count(s) \_1\_ of the (Superseding) Indictment/Information.

**SIGNATURE:**

_____
(Defendant)

_____
(Counsel)

Address: Larusso, Conway + Bartling
300 Old Country Rd, St 341
Mineola NY 11501

Phone: 516 248 3520

Revised: 8/15/2017

- 10 -