UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

DANIEL O'NEIL,

Defendant.

-------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 20 2019

LONG ISLAND OFFICE

**MEDICAL EVALUATION ORDER**

Case No.: 17-444 (JMA)

The above-named defendant, currently detained at **MDC**, advised the Court of the need for medical attention.

The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly.

The specifics of the inmate's medical condition are as follows:

**DRUG ADDICTION**

Dated: MAY 20, 2019
Central Islip, New York

~~U.S.D.J.~~ / U.S.M.J.
GARY BROWN